UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN WALKER, | No. 2:23-cv-01919 AC PC |
| Plaintiff, | |
| v. | ORDER |
| JACQUELINE WALKER, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se. Plaintiff filed a complaint but has neither paid the filing fee nor filed a request to proceed in forma pauperis pursuant to 28 U.S.C. 1915. Additionally, plaintiff has not filed a certified copy of the inmate trust account statement for the six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be given an opportunity to either pay the filing fee or properly complete and submit the appropriate documents necessary to proceed in forma pauperis. Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall send plaintiff a copy of each of the following:

    a. A Civil Rights Complaint By a Prisoner form, and

    b. An Application to Proceed In Forma Pauperis By a Prisoner form.

2. Within thirty days of the date of this order, plaintiff shall either:

    a. File (i) a first amended complaint; (ii) a completed affidavit in support of the

request to proceed in forma pauperis on the form provided by the Clerk of Court, and (iii) A certified copy of the inmate trust account statement for the six-month period immediately preceding the filing of the complaint, or

b. Pay the filing fee.

Plaintiff is cautioned that failure to comply with this order within the time allotted may result in a recommendation that this action be dismissed without prejudice.

DATED: September 29, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE