UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN WALKER, also known as EL DEY BEY SHABAZZ ALI, | No. 2:23-cv-01919-AC |
| Plaintiff, | |
| v. | ORDER |
| JACQUELINE WALKER, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding in pro se. On October 18, 2023, the undersigned granted plaintiff's request to proceed in forma pauperis, but rejected his complaint pursuant to the screening that accompanies IFP status, with leave to amend within 30 days. ECF No. 11. Plaintiff's amended complaint is due November 17, 2023. Although there is currently no operative complaint in this case, plaintiff filed 10 documents within the last week. ECF Nos. 13, 14, 15, 16, 17, 18, 19, 20, 21, 22. Three of these filings were noticed as motions: ECF No. 19 (request for lien), 21 (motion for injunctive relief), ECF No. 22 (motion to stay). These filings are premature in the absence of an operative, serviceable complaint. Further, upon review of the filings, none present any clear request for relief that the court could potentially grant.

For the foregoing reasons, the motions at ECF Nos. 19, 21, and 22 are DENIED, without prejudice to re-filing, as premature. Plaintiff is ORDERED to file an amended complaint no later

1

than November 17, 2023.  Plaintiff is hereby on notice that, because an operative complaint is necessary for the case to proceed, failure to file a serviceable amended complaint may result in a recommendation of dismissal for failure to prosecute, even if other documents are filed.

    IT IS SO ORDERED.

DATED: October 27, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE