UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN WALKER also known as EL DEY BEY SHABAZZ ALI,<br><br>Plaintiff,<br><br>v.<br><br>JACQUELINE WALKER, et al.,<br><br>Defendants. | No. 2:23-cv-01919-TLN-AC<br><br>**ORDER** |

Plaintiff proceeds in this action in pro per. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302 § 636(b)(1).

On November 13, 2023, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 29.) Plaintiff filed objections to the findings and recommendations. (ECF No. 43.)

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 13, 2023 (ECF No. 29) are ADOPTED IN FULL;
2. The Complaint (ECF No. 28) is DISMISSED with prejudice; and
3. The Clerk of Court is directed to close this case.

December 20, 2023

                                                          Troy L. Nunley
                                                          United States District Judge